AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

Cirrus Abs Corporation
*Plaintiff*
v.
Strategic America, Inc.
*Defendant*

Case No. 1:24-cv-251-DRL-MGG

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Strategic America, Inc. .

Date: 09/06/2024

/s/ Brittney B. Rykovich
*Attorney's signature*

Brittney B. Rykovich #34843-49
*Printed name and bar number*

Gordon Rees Scully Mansukhani LLP
600 E. 96TH Street, Suite 501
Indianapolis, IN 46240
*Address*

brykovich@grsm.com
*E-mail address*

(317) 713-0902
*Telephone number*

(317) 522-9300
*FAX number*